**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DENISE NICOLE GILPIN,

                Plaintiff,

-against-                                  23 **CIVIL** 6758 (LJL)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 27, 2024, Plaintiff's motion is GRANTED, and the case is remanded to the Commissioner for further proceedings. On remand, the ALJ should further develop the record and reassess Plaintiff's mental RFC as stated herein.

**Dated:** New York, New York

      November 27, 2024

                                                **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                  **BY:**      *K. Mango*

                                              **Deputy Clerk**